**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

**MUTAZ ALSHARA,**

    Plaintiff,

vs.

**PROSPECT AIRPORT SERVICES, INC.,**

    Defendant.

**Case No. 2:26-cv-11237**

The Honorable Judge: Terrence G. Berg

Magistrate Judge: Kimberly G. Altman

**<u>PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S MOTION TO DISMISS</u>**

Good morning, good afternoon, and good evening.

**Mutaz Alshara, an innocent victim of ongoing sex-based employment discrimination at Detroit Metropolitan Wayne County Airport, respectfully moves this Court to strike Defendant's Motion to Dismiss (ECF Number 8, filed April 22, 2026) as procedurally premature. The Supreme Court of the United States has held that the "leave of court" requirement exists to ensure that no proceeding may be terminated without meaningful judicial oversight.** *Rinaldi v. United States***, 434 U.S. 22, 29 n.15 (1977) (binding). The principle of judicial gatekeeping was applied with full force in** *United States v. Flynn***, No. 1:17-cr-00232 (D.D.C. Dec. 18, 2018) (persuasive), where the district court required leave of court under Federal Rule of Criminal Procedure 48(a) before permitting any case-terminating filing to proceed to adjudication. Defendant never filed a motion for leave of court to file its Motion to Dismiss. Defendant never sought this Court's permission to pursue a dispositive adjudication while Plaintiff's Motion to Remand remains pending and this Court's subject-matter jurisdiction has not been established.** *Steel Co. v. Citizens*

1

***for a Better Environment*, 523 U.S. 83, 94 (1998). The only procedurally proper course available to Defendant was to first file a motion for leave of court to file a motion to dismiss. The Motion to Dismiss should be stricken.**

May it please the Court.

Plaintiff Mutaz Alshara, an innocent victim of sex-based employment discrimination, Pro Se, respectfully moves this Court pursuant to its inherent authority under *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991), and under Federal Rule of Civil Procedure 12(f), for an order striking Defendant's Motion to Dismiss Plaintiff's Complaint (ECF Number 8) and its accompanying brief. Defendant filed the Motion to Dismiss without first obtaining leave of this Court, while Plaintiff's Motion to Remand remains pending and the threshold question of subject-matter jurisdiction remains unresolved. In support of this Motion, Plaintiff relies upon his separately filed Brief in Support and the pleadings on file with the Court.

The concurrence requirement under Eastern District of Michigan Local Rule 7.1 has been satisfied. Plaintiff conferred with Defendant's counsel and requested, but did not obtain, concurrence in the relief sought herein.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an order:

> (a) Striking Defendant's Motion to Dismiss (ECF Number 8) as procedurally premature, filed without leave of this Court while subject-matter jurisdiction remains contested;
>
> (b) In the alternative, holding the Motion to Dismiss in abeyance until this Court resolves Plaintiff's pending Motion to Remand;
>
> (c) In the further alternative, denying the Motion to Dismiss on the merits for the reasons set forth in Plaintiff's Response in Opposition (ECF Number 9), Plaintiff's authorized Sur-Reply (ECF Number 15), and Plaintiff's separately filed Brief in Support of this Motion, all incorporated herein by

reference; and

(d) Granting such other and further relief as this Court deems just and proper.

Thank you.


Dated: June 2, 2026


Respectfully submitted,

/s/ Mutaz Alshara
Mutaz Alshara
Pro Se, Plaintiff
7737 Appoline Street
Dearborn, Michigan 48126
Telephone: (313) 400-4945


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon all parties and/or attorneys of record to the above-captioned cause at their respective addresses as disclosed on the pleadings on June 2, 2026, via the Court's ECF system and United States first-class mail, postage prepaid, to:

Michael A. Chichester, Jr. (P70823)
Michelle S. Walsh (P83790)
Angelo L. Berlasi, Jr.
LITTLER MENDELSON, P.C.
500 Woodward Avenue, Suite 2600
Detroit, Michigan 48226


/s/ Mutaz Alshara
Mutaz Alshara

3